# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

Clifford W. Taylor,
Chief Justice

127422
127423
127424

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FORD MOTOR COMPANY,
      Petitioner-Appellant,

v

CITY OF WOODHAVEN, and
COUNTY OF WAYNE,
      Respondents-Appellees.

SC: 127422
COA: 246378
MTT: 00-294958

_____

FORD MOTOR COMPANY,
      Petitioner-Appellant,

v

CITY OF STERLING HEIGHTS,
      Respondent-Appellee.

SC: 127423
COA: 246379
MTT: 00-294924

_____

FORD MOTOR COMPANY,
      Petitioner-Appellant,

v

TOWNSHIP OF BRUCE,
      Respondent-Appellee.

SC: 127424
COA: 246579
MTT: 00-288822

_____/

On order of the Court, the application for leave to appeal the October 5, 2004 judgments of the Court of Appeals is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

_____
Clerk

11012